We'll hear the next case United States v. Did can't be. You were. Making record my name is child talent and I'm here on behalf of the appellant granted the capital. We've raised two challenges mystery capitalized conditions of supervisor late release. The first deals with the requirements that he paid the cost of. The computer and Internet monitoring program the second focuses on the note of the standard notification of risk condition. My intention this morning is to focus. On the requirement that he paid the cost of computer monitoring the dollar a day. Sorry dollar a day yes your honor is a dollar a day. And while the district court found that believe that it was not onerous. For an indigent defendant. Who is unemployed who relies on who receives a hundred ninety two dollars a month on food stamps. Who had to have been paid for by the department social services. This actually is an owner of the farm. Are you saying that it is. Oppressive. Yes your honor I am. I didn't see I read the transcript of the sentencing. See if those types of details were provided to the court I'd always was a general objection. That this may be the reason why he did this he may not be able to afford it and then the probation office is a dollar. A day I think that you're saying about how indigent he is and that maybe a dollar a day something that he couldn't pay I don't I didn't see that raised anywhere. Why why wouldn't the district what we've been more detailed showing that. A while the details were seen in the PSR originally. They did not come out this the objections the condition was raised towards the end. After the judge with a statement why didn't figure on it as it's in the PSR to look at the PSR you know the probation officer saying it's a dollar a day but he can't afford a dollar a day and then give the reasons why he can't afford a dollar a day there was nothing there's no discussion many details. Of his indigency right. Correct but as as the trial attorney noted at the time. That this was part of the problem why he was violating and raise the question as to. Why this is problematic for our client. And trying to get the court to look at how this condition. And he can impinge his first amendment right. He's. Been released right he's on TV yes he is unsupervised release we know it's not in the record of course but what do we know whether he's. What's been happening with the monitoring of his phone. I do know that he is unable to pay a dollar a day I do not know what is happening with the phone I tried to find out before I came down. And I was not able to find out that information this time your honor. It may be that the provision actually doesn't say shall it says may. May be required to pay so it. Could be isn't it that the probation officer has the discretion you know a lot of times my experience in the district court judge would say to the good degree you're reasonably able to pay. And then the probation officer. Makes. That decision. In this context in this context your honor. May is being used in the imperative and as we said in our paper several cases. Pointing out where courts have recognized that may. Can actually mean shall in the context and as I was preparing for this morning's argument yesterday before I reached the plane. I even noted that there's been a case in this court. RLS. Associated the bank of Kuwait where judge of all even recognize. So he's talking in the in the. Context of contract. That may can be used in the imperative. And in this case he didn't refer to a large number of cases. Throughout the United States where there are the shall is there a right this issue in other words. We don't know where the probation officer has required him to pay the dollar a day and if so we don't know whether he can afford. Is that is that fair or if if that if if you want to believe that it is and I mean we think that it's you should send it back so that this can be further examined and we can build the record on it. I don't know if that's necessary you can make a lot of you can make a request for modification. Supervised release terms at any time for change circumstances so. Even even if you know tomorrow. We affirm this that would prevent. Six months from now going back to the district court and said your honor I know you thought he could pay but this is his situation now financials right is there any reason you can't seek a modification. Down the line. That could be possible your honor but we think that this applies in not not just to this particular point but this is actually something applies to all indigent defendants that this becomes problematic that. It has a large disparate impact on them versus non indigent defendants but we believe a dollar a day is not onerous we believe a sufficient showing. Indigent not been made on this record and there is no showing that he's being currently in work hard to pay this on the May condition. Then. You know that issue. It's not really before us now we don't have sufficient record to make a determination that you're asking. Respectfully your honor I would disagree on that there hasn't been a sufficient showing in each of the fact that we've been appointed. Demonstrates that our client is indigent. We hear our client is not. I guess I phrased that the wrong way. I understand you've been appointed but if it's a dollar a day you have someone who's indigent but still pay the dollar a day. Indigency doesn't mean you can't pay a dollar a day. It could very well be and there's a lot of different there's one other thing that we also need to consider with this dollar a day that did not get into the record that the probation officer did not mention. There are additional costs associated with it. Any device. That. My client may wish to use whether it be a cell phone with a big computer whether it be a tablet. That would also have to have the software installed. And I've seen prices ranging from thirty dollars to fifty dollars for an installation fee for those devices. So they there becomes additional costs as well your honor wasn't raised with the district court either. The water didn't say but your honor probation officer thing a dollar a day but there's other costs that. That's not the that's not part of the record either. Which is why your honor I believe that we should send it back then to supplement the record. If the. The other issue there's a queue of cases that were behind. Yes your honor there is a queue of cases. Other panels I know that have. Come to the notification of risk condition late. Has. Cut stated that they were going to wait for some of the earlier cases that been decided on this issue. You may wish to do that. As you know it's it's been coming up in quite a few cases out of the western district of Newark including a case that was argued yesterday morning. And you may that may be an appropriate thing to do to wait for some of the earlier cases such as McCallum and traffic Conte. To be decided. And I've reserved a few. Two minutes rebuttal and I will rest until. Thank you we'll hear from the government. Good morning your honors may it please the court my name is Tiffany Lee and I represent the United States. Your honors this is not the first case again that where we are addressing the challenge to the condition of supervised release requiring payment. As being. Violated of. Defendants potentially first amendment right. As the court has noted the record is for us to really. Currently what the conditions are that Mr to capital cases. And in that respect this case is no different than the case that was decided earlier. Later last year United States versus verdict. Again the defendant their challenge the computer monitoring. Condition of supervised release and this court indicated that. You know to the extent that there was any concern about vagueness or any issues. That could be addressed with respect to a modification by the court. Here this condition is well within the wide latitude that this court has recognized. Defendant concedes is not challenging the fact of the condition it's just. Understand it's only challenging the requirement that he paid for. That's correct your honor but again. With respect to the fact that he has been on provides relief. We don't know if he is being required to pay because the fact is the. Supervised release condition states that the court. The defendant may be required to pay. The government can see that in fact demonstrated. Could not pay the money there be. Only the dollar a day or there may be additional costs beyond the dollar a day. The government. You can see that there's a potential first amendment problem and someone can pay the cost. Based upon our other decisions. There would be some tension that I that is not the case that so I can't say that a blanket like if the question being asked. You know. Where a defendant cannot pay a dollar a day whether or not that would render the condition it would certainly render the condition more problematic. Then then currently based on this record that. Mr the capital. Why isn't it. The other language sometimes seen. Conditions of the way to drug treatment or other things with the cost associated with this. To the degree. Defendants reasonably able why is that type of language used for this type of. Provision to isn't that isn't that a. Better way to phrase it. And that could be and that could be something that. Should this court. Right on this issue indicate perhaps some guidance in terms of appropriate language that that I have seen the condition because it's being challenged at sentencing now more frequently below where the district court has amended it subject to approval by the court or have given more discretion to kind of oversee what the situation is in terms of the defendant's ability to pay once that particular defendant begins to provide relief. So you would agree with with Justin and I both suggested that they could go back and challenges tomorrow with additional information about his financial circumstances correct you know we're not opposing or we're saying that right now and and certainly you know. Mr the capital could seek a modification be denied bring that matter before the district court judge who. And say I cannot pay I cannot pay you know this is not fair you know I I need to be able to I have my first amendment right. But that's not the situation in the district court. Consider whether the defendant could pay a dollar. I think the district court that is not onerous but I mean did he did he look at the financial. Because it wasn't squarely before the district court in that regard and in any event if it wasn't at the time. You know he I at the time that the sentence was being imposed again we weren't. There was no information that okay probation is putting you on this monitoring software you have X number of devices this is what it's going to cost. So there is no information with what the probation officer volunteer sentencing is to be one dollar a day so. What counsel suggested. I go back with the PSR but he's suggesting there's enough information the PSR for the district court to determine. That was going to be. Something that he couldn't do. I was in the PSR essentially yet there is there is information about financials in the PSR and I you know as this court also noted there's also there's treatment cost attendant with sex offense specific treatment to. There's costs like associated with certain other conditions of supervised release where the condition is read that the defendant may be required to pay. You know or contribute to the cost of treatment so there's a whole variety of aspects that could come into play with respect to Mr to cap was supervision. Which would affect his financial and you know with us not knowing. Because the financial could conceivably change as well from the date of the PSR when he starts to provide. Let's say he's required to get the employee gets employment all these things are kind of. There are so so many variables that this court just doesn't have that information to be able to say under these circumstances that the condition violates Mr to cap was right. Unless there's anything further the district court required to rule that it is not on. That's a good but I don't know if it ever to do so without making inquiry to. What somebody can pay no I don't think it was error for the district court to comment just on the general idea of the cost of payment of one dollar a day not being particularly owners. I'm not sure if the district court is required to make a specific finding. Of the court required to find it's not only that specific finding with respect to. This. This person. That that that is a that is a salient point and I think you know it goes back to the district court's discretion as it's imposing the condition of supervised relief. You know what it's requiring and I don't think the requirement is. Do we have because what I guess the question becomes what standard of honor. As opposed to someone's ability. To minimize. Correct I mean I think the better words for the district court to have been just talked about I think the district court was just simply. O'connor. Based on probation the probation office. You know. On my experience I think it just cost a dollar a day that that's not particularly. That that's a good minute. Minimum amount. But when the district court was just. O'connor adding to it it wasn't necessarily. Using the word owner as as. A standard or not what about the suggestion that we remain for the district court to determine whether. A dollar a day really would be. Affordable whether where the defendant could afford now because I your honor again we're not that was. No meaning what you don't think every man is necessary I don't think every man is necessary I do I just do not think every man is necessary because we don't know if it is a dollar a day for this particular defendant we don't know. Any of the information specifically with respect to but if we don't know why don't we find out. Because of the fact that every particular defendant may be facing. Different costs based on their circumstances if they have more than. A specific number of equipment or for whatever reason the software now has become cheaper. All this could could change. Thank you thank you will hear the rebuttal. In response to one of the questions that came up during. My main argument. Regarding what was brought before the court. Trial counsel did point out that. This is on page eight thirty six of the appendix. In asking the court to amend the conditions so that he is not required to pay the cost. I believe that may have been part of the issue in this case was not being able to pay the monitor and even a minimum amount so what's trying to do what's trying to be raised and at that point. It was raised and that's the opinion of the lawyer all the way to do is add there here are my reasons why he can't afford the dollar day he doesn't have a job he's. Behind on his rent. And when you have a mechanism for. Going to the district court directly for a modification when there's insufficient detail the sentencing. Instead of coming to the court of appeals I think that's problematic when the lawyers didn't provide those details it's not that what we have a legal question we have a factual question. And what wound up happening is that the probation officer start putting in the facts in the court made its decision. So the court in the court one one defense lawyer didn't rebut. That when the probation or puts on the amount. Then the defense lawyer. In my view has some obligation to say wait a second judge I know it's only a dollar a day but that's too much for him as well other than rather than come to the court of appeals. Especially when you have. The ability to seek a modification. You could have started a month ago instead of appealing. Right. Instead of being here you could have a month ago gone back to the district court with the additional information. At that point we have this appeal in process or understand that. I don't think the best mechanism. When there additional details that were not on the record at the time. In that case your honor I do believe that you should. Send this back for additional fact finding. And then and consideration of this type of condition. Particularly when you look at the other conditions where. A defendant may have to contribute cost when we look at how those costs. Get contributed for treatment services. The defendant's. Contributions usually come in the form of some kind of insurance. Medicare. Comes in other insurance plans come in and those are what helps to contribute this cost. So it's not necessarily out of pocket cost on the defendant. Thank you your honor thank you. We'll reserve decision we'll hear